STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Kenneth O'Neil Privat
Attorney at Law
P. O. Drawer 449
Crowley LA 70527-0449

**REHEARING ACTION: June 11, 2014**

**Docket Number: 13   01291-CA**

**JOHN WALTER BOUDREAUX
VERSUS
PAUL CHRISTOPHER CUMMINGS**

**Appealed from Vermilion Parish Case No. 96600**

<u>**BEFORE JUDGES**</u>**:**

      **Hon. John D. Saunders
      Hon. Marc T. Amy
      Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Paul Christopher Cummings** has this day been

      **DENIED.**
      Amy, J., would grant the rehearing.

cc: Bernard Francis Duhon, Counsel for the Appellee